UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABDULAI KURE,

Plaintiff,

-against-

THE CITY OF NEW YORK, et al.,

Defendants.

26-CV-03942 (JHR) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On September 23, 2026, I ordered Plaintiff to file an amended complaint by October 20, 2026 that named the John Doe Defendants as identified in the New York City Law Department's response to this Court's July 22, 2026 *Valentin* Order. (ECF 14.) To date, Plaintiff has not made any such filing. Accordingly, I am nunc pro tunc extending Plaintiff's deadline to file an amended complaint until **November 10, 2026**.

Dated: October 27, 2026
New York, NY

SO ORDERED,

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**